TRUSTEES OF THE PRESBYTERY OF NEWTON, PROSE-
CUTOR, v. STATE BOARD OF TAXES AND ASSESS-
MENT ET AL., DEFENDANT.

Argued May 3, 1928—Decided May 14, 1928.

Before Justices MINTURN, BLACK and CAMPBELL.

For the prosecutor, *Francis Child* and *Jehiel G. Shipman.*

For the defendant Taxing District of the Township of
Blairstown, *Egbert Rosecrans.*

For the defendant State Board of Taxes and Assessment,
*Edward L. Katzenbach,* attorney-general.

PER CURIAM.

This is a companion case to number 256 of the present May
term of the court. The *certiorari* was allowed to review an
order or judgment of the state board of taxes and assessment
dated February 14th, 1928, denying the application of the
prosecutor, trustees of the Presbytery of Newton, to be made
a party to certain proceedings pending before the state board,
*i. e.,* case number 256, as stated above. The application of
the prosecutor was denied, on the ground, in substance, that
the case had been heard, a conclusion reached and a judg-
ment entered restoring the assessment. The Presbytery
failed to file an appeal with the county board, and now, when
the case is closed, seeks to assert its claim.

Parties claiming exemption from taxation should act
promptly in pursuit of whatever remedy the statute affords.

It is no answer to say that someone else, not entitled to relief, was making the claim. To grant the motion would permit a new party to appear and file an appeal with the state board, not only out of time, but by a party not before the county board. It is too late to admit a new party to these proceedings.

With the conclusion reached and the reasons given by the state board of taxes and assessment we agree. The order, or judgment, of the state board of taxes and assessment is affirmed, with costs.